

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN, TEXAS 78711

**JOHN L. HILL**
**ATTORNEY GENERAL**

February 14, 1973

Honorable Bob Armstrong
Commissioner, General Land Office
Archives and Library Building
Austin, Texas

Opinion No. H-10

Re: May a state employee,
such as the secretary
of a Texas legislator
or a member of the
Governor's staff, serve
at the same time as
a director of the San
Antonio River Authority?"

Dear Mr. Armstrong:

In your recent letter you asked for our opinion on the following question:

> "May a state employee, such as the secretary of a Texas legislator or a member of the Governor's staff, serve at the same time as a director of the San Antonio River Authority?"

In the general election in November, 1972, the people of Texas adopted an amendment to Section 40 of Article 16 of the Constitution of Texas providing an exception to the prohibition of that Section that "no person shall hold or exercise at the same time more than one civil office of emolument. . . ." The new exception is:

> "State employees or other individuals who receive all or part of their compensation either directly or indirectly from funds of the State of Texas and who are not State officers, shall not be barred from serving as members of the governing bodies of school districts, cities, towns, or other local governmental districts; provided, however, that such State employees or other individuals shall receive no salary for serving as members of such governing bodies."

This provision also serves as an exception to the separation of powers of Article 2, Section 1 of the Constitution of Texas.

If there is no incompatibility between the offices (a fact question on which we express no opinion), and if no salary is taken for serving on the Authority, it is our opinion that a secretary to a Texas legislator or a member of the Governor's staff would be entitled to serve as a director of the San Antonio River Authority.

- S U M M A R Y -

Section 40 of Article 16 of the Constitution of the State of Texas specifically provides that State employees who are not State officers shall not be barred from serving as members of governing bodies of local governmental districts and, therefore, a secretary of a Texas legislator or a member of the Governor's staff, not a state officer, may serve at the same time as a director of the San Antonio River Authority.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

JOHN M. BARRON
First Assistant

DAVID M. KENDALL, Chairman
Opinion Committee

-44-